## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**ANTOINETTE IVORY**
        **Plaintiff,**

    v.                                                    **Case No. 13-C-0697**

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security Administration**
        **Defendant.**

## ORDER

Plaintiff filed this § 405(g) action, pro se, on June 19, 2013. The court issued a scheduling order, pursuant to which plaintiff's brief was due by September 19, 2013. Plaintiff failed to file a brief, and on October 1, 2013, I sent a warning letter advising plaintiff that if she failed to file a brief by October 22, 2013, the action would be dismissed with prejudice pursuant to Civil Local Rule 41(c) (E.D. Wis.) and Fed. R. Civ. P. 41(b). On October 16, 2013, Attorney Barry Schulz filed a notice of appearance for plaintiff. However, counsel has not filed a brief or a motion for extension of time. Although I could dismiss this action for failure to prosecute, I will afford plaintiff one final extension.

Plaintiff shall file her brief on or before **December 2, 2013**. Failure to do so will result in dismissal of this action with prejudice. If plaintiff files a brief as directed, the Acting Commissioner shall file her response brief on or before **January 2, 2014**, and plaintiff shall file her reply brief, if any, on or before **January 16, 2014**.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 18th day of November, 2013.

                                        /s Lynn Adelman
                                        _____
                                        LYNN ADELMAN
                                        District Judge